UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEPHEN GOODRICH, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>MICHAEL L. SHEEHAN, ESQ., et al., )<br>)<br>    Defendants. ) | 2:12-cv-00388-JAW |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRAGTE JUDGE**

The United States Magistrate Judge filed with the Court on October 31, 2013 his Recommended Decision (ECF No. 39). The Defendants' filed their objections to the Recommended Decision on November 18, 2013 (ECF No. 42), and the Plaintiff file his response to those objections on December 5, 2013 (ECF No. 44). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Defendants' Motion to Dismiss (ECF No. 16) be and herby is <u>DENIED</u> and the Clerk's Office is DIRECTED to convene a status teleconference to reset scheduling order deadlines as appropriate, including the scheduling of discovery on the merits of Goodrich's claim.

SO ORDERED.

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF U.S. DISTRICT JUDGE

Dated this 26th day of December, 2013.